FILED

11/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0224

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0224

_____

NORTH STAR DEVELOPMENT, LLC,

      Petitioner and Appellant,

   v.

MONTANA PUBLIC SERVICE COMMISSION,

      Respondent and Appellee,             O R D E R

and

MONTANA CONSUMER COUNSEL,

      Intervenor, Respondent,
      and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 10 2021